# EXHIBIT A

**ELECTRONICALLY FILED**
DOC ID: 32565244
CASE NO: 2025-PR-0000152
DATE: 05/05/2025
BY: K K, DEPUTY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | | |
|---|---|---|
| In re: Estate of | ) | |
| | ) | |
| ANTONIO E. GASTON, | ) | Case No. 2025 PR 152 |
| | ) | |
| Deceased. | ) | |

**ORDER APPOINTING INDEPENDENT REPRESENTATIVE OF DECEDENT'S ESTATE - INTESTATE**

On Petition of Renita Shores-Gaston for issuance of Letters of Administration;

**IT IS HEREBY ORDERED THAT:** Letters of Administration issue to Renita Shores-Gaston, as Independent Administrator.

Date: May 5/5/2025, 2025

ENTERED:

[signature]

Judge Judge No.

Suzanne Kelliher, Esq.
Dvorak & Kelliher, Ltd.
2100 Clearwater Dr., Suite 350
Oak Brook, Illinois 60523
Telephone: (708) 562-9880
ARDC No. 6237005
skelliher@d-klaw.com

**ELECTRONICALLY FILED**
DOC ID: 32565244
CASE NO: 2025-PR-0000152
DATE: 05/05/2025
BY: K K, DEPUTY

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | | |
|---|---|---|
| In re: Estate of | ) | |
| | ) | |
| ANTONIO E. GASTON, | ) | Case No. 2025 PR 152 |
| | ) | |
| Deceased. | ) | |

**ORDER DECLARING HEIRSHIP**

After considering evidence concerning heirship, the court declares that the following are the only heirs of the decedent:

(1) Renita Shores-Gaston, Spouse
(2) Antonio Boone, adult child
(3) Taylor Gaston, adult child

5/5/2025

Date: May ____________, 2025

ENTERED:

[signature]

Judge Judge No.

Suzanne Kelliher, Esq.
Dvorak & Kelliher, Ltd.
2100 Clearwater Dr., Suite 350
Oak Brook, Illinois 60523
Telephone: (708) 562-9880
Attorney No. 6237005
skelliher@d-klaw.com

# EXHIBIT A

| | | |
|---|---|---|
| 1. | Renita Shores-Gaston, Spouse<br>2912 16th Street<br>Rockford, Illinois 61109<br>renitagaston@gmail.com | P/Petitioner |
| 2. | Taylor Gaston, adult child<br>2912 16th Street<br>Rockford, Illinois 61109<br>taylor@resiliencecounselingrockford.com | H |
| 3. | Antonio Boone, adult child<br>Address Unknown<br>boonetony90@gmail.com | H |

**State of Illinois**
**In the Circuit Court of the 17th Judicial Circuit**
**Winnebago County**

FILE STAMP
FILED
Date: 05/05/25
Thomas A. Klein
Clerk of the Circuit Court
By ____ Deputy

***In the Matter of: Antonio E Gaston***
Case No. 2025-PR-0000152

**Letters of Office**
**Independent Administrator Appointed**

Independent Administrator Appointed for Antonio E Gaston, deceased; who died August 21, 2024.

Renita ShoresGaston, Independent Administrator, is ordered and authorized to take possession and collect the estate of the decedent, and to do all acts required by law.

Witness, May 05, 2025

Thomas A. Klein
Clerk of the Circuit Court

(Seal of Court)

By ____
Deputy Clerk

---

**CERTIFICATE**

I certify that this is a copy of the letters of office now in force.

Witness, August 12, 2025

Thomas A. Klein
Clerk of the Circuit Court

(Seal of Court)

By ____
Deputy Clerk